UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

OJ COMMERCE LLC,

    *Plaintiff,*

-vs-

BEAZLEY USA SERVICES, INC.

    *Defendant*
_____/

Miscellaneous Action
Case No. ___20mc99___

Pending in: Civil Action No. 0:20-cv-60214-WPD
in the US District Court Southern District of Florida

FILED
OCT 21 2020
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

**MOTION FOR AARON W. DAVIS TO APPEAR *PRO HAC VICE*
FOR PLAINTIFF OJ COMMERCE, LLC**

Plaintiff OJ COMMERCE, LLC moves this Honorable Court to grant leave for attorney Aaron W. Davis to appear *pro hac vice*, pursuant to Local Rule 83.5(h), and states the following:

1.    Aaron W. Davis's contact information is as follows:

    204 W. 7th St., PMB 222
    Northfield, MN 55057
    Phone: 763-957-2397
    Fax: N/A
    Email: davis@valhallalegal.com

2.    Aaron W. Davis has been admitted in good standing to practice in the Supreme Court of Minnesota continuously since August 2, 2002, Minnesota Bar No. 318,255.

3.    Aaron W. Davis has never been disbarred or suspended from practice before any court, department, bureau, or commission of any State or the United States, nor reprimanded by any court, department, bureau, or commission of any State or the United States.

WHEREFORE, Plaintiff OJ COMMERCE, LLC respectfully requests that this Court grant attorney Aaron W. Davis limited admission to appear in this Court, in this particular proceeding, on its behalf.

I HEREBY AFFIRM under penalty of perjury that all the information provided herein is true and accurate.

/s/_____

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 19, 2020, I mailed a copy of this motion to Craig S. Barnett, attorney for The Noco Company and Mr. Jeffrey Weiner, at 200 East Las Olas Boulevard, 21st Floor (Penthouse A), Fort Lauderdale, FL 33301, via United States Postal Service first class mail and via email at cbarnett@stearnsweaver.com.

Respectfully submitted,

Dated: October 19, 2020

By: _____
Aaron W. Davis
VALHALLA LEGAL, PLLC
204 W. 7th St., PMB 222
Northfield, MN 55057
Phone: (763) 957-2397
davis@valhallalegal.com

**ATTORNEY FOR PLAINTIFF
OJ COMMERCE, LLC**